SHOOK, HARDY & BACON L.L.P.
Eva M. Weiler (SBN: 233942)
eweiler@shb.com
Mayela C. Montenegro (SBN: 304471)
mmontenegro@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendant
Boston Scientific Corporation

DAVIS & CRUMP
Trevor B. Rockstad (SBN: 277274)
trevor.rockstad@daviscrump.com
2601 14th Street
Gulfport, Mississippi 39501
Telephone: 800-277-0300

Attorneys for Plaintiff Sana Salem

EASTERN UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANA SALEM,<br><br>    Plaintiff,<br><br>  v.<br><br>C.R. BARD, INC., et al,<br><br>    Defendants. | Case No. 2:19-cv-00637-MCE-EFB<br><br>Judge: Hon. Morrison C. England, Jr.<br>Ctrm: 7<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT BOSTON SCIENTIFIC CORPORATION WITHOUT PREJUDICE; ORDER THEREON** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Sana Salem ("plaintiff") and defendant Boston Scientific Corporation ("Boston Scientific"), by and through their undersigned counsel, hereby stipulate to dismiss Boston Scientific as a defendant in this action without prejudice and terminate Boston Scientific from the docket of this Court, each party to bear its own costs. Other

defendants remain in this action and plaintiff will continue to prosecute her actions against them.

April 23, 2019　　　　　　　　　　　Respectfully Submitted

SHOOK, HARDY & BACON L.L.P.

By: /s/ Mayela C. Montenegro
　　　Eva M. Weiler
　　　Mayela C. Montenegro
　　Attorneys for Defendant
　　Boston Scientific

April 23, 2019　　　　　　　　　　　DAVIS & CRUMP

By: /s/ Trevor B. Rockstad (as authorized on 4/23/2019)
　　　Trevor B. Rockstad
　　Attorneys for Plaintiff
　　Sana Salem

## ORDER

In accordance with the foregoing stipulation of counsel, and good cause appearing, Defendant Boston Scientific is hereby dismissed, with prejudice, each party to bear their own costs. Inasmuch as the remaining named Defendants have since been dismissed as of May 1, 2019 (ECF No. 42), this matter is now concluded in its entirety and the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 2, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE